# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. CR412-076 |
| ) | |
| MARCO ORLANDO ) | |
| WASHINGTON ) | |

## REPORT AND RECOMMENDATION

Defendant Marco Orlando Washington moves to suppress consensually recorded audio and video media on the sole ground that they contain "self-serving conclusory hearsay statements in violation of [his] right to Fair Trial." Doc. 21 at 1. As the government correctly points out, he has alleged no constitutional violation here, but at best raises an at-trial evidence objection. Doc. 22. This demonstrably baseless motion (doc. 21) should be **DENIED**.

**SO REPORTED AND RECOMMENDED** this 9Th day of August, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA